# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

SHIRLEY J. CLINTON, )
  )
                Plaintiff, )
  )
            v. ) No. CIV-13-219-FHS-SPS
  )
CAROLYN W, COLVIN[1], )
Acting Commissioner Social )
Security Administration, )
  )
                Defendant. )

## ORDER

On September 10, 2014, the United States Magistrate Judge for this District filed an Amended Report and Recommendation in this case. On September 16, 2014, an Objection was filed by the Plaintiff to the Amended Report and Recommendation.

The Amended Report and Recommendation found the decision by the defendant should be affirmed. This Court finds the Amended Report and Recommendation of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained.**

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Amended Report and

---

[1]The Court has been informed by Defendant that on February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Pursuant to Rule 25 (d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is automatically substituted for Michael J. Astrue as the defendant in this action. Thus, this suit will proceed with this substitution in effect. See 42 U.S.C. Sec. 405 (g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.")

Recommendation of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 30th day of September, 2014.

Frank H. Seay
United States District Judge